371 A.2d 1314

State Farm Mutual Automobile Insurance
Company v. Williams, Appellant.

Argued November 15, 1976. John C. Carlin, Jr., with him Mercer, Mercer, Carlin & Scully, for appellant; C. Leon Sherman, with him Miller & Sherman, for appellee.

Order affirmed.

WATKINS, P. J., absent.

371 A.2d 1314

Tiller Appeal.

Argued November 9, 1976. Mark B. Greenblatt, for appellant; Eric N. Anderson, for appellee.

Order affirmed.